```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

ARTHUR BRAKE and
DEANNA BRAKE,

    Plaintiffs,

v.                              CASE NO:   8:10-cv-338-T-33TGW

WELLS FARGO FINANCIAL
FLORIDA, INC.,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiffs' Motion for Leave to File Amended Complaint (Doc. # 40). Defendant filed a Response in Opposition thereto (Docs. # 41).

On January 4, 2010, Plaintiffs filed this action against Wells Fargo in state court. Plaintiffs' Complaint stemmed from a mortgage loan that Plaintiffs entered into with Defendant on October 10, 2007, for $265,192.75, and included allegations, among others, for violations of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"). Wells Fargo removed the case to this Court on February 2, 2010, and on February 16, 2010, Wells Fargo filed a Motion to Dismiss the Complaint, pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiffs, in their response to the motion to dismiss, requested leave to amend its Complaint if the Court were

inclined to grant the motion to dismiss. On September 29, 2010, the Court granted Wells Fargo's Motion to Dismiss and dismissed the Complaint with prejudice, but did not address Plaintiffs' request for leave to amend.

The Court, upon consideration of Plaintiffs' motion, finds that, pursuant to Rule 15(a)(1)(B), Plaintiffs are entitled to amend their Complaint once as a matter of course.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiffs' Motion for Leave to File Amended Complaint (Doc. # 40) is **GRANTED**.

(2) The Clerk is directed to re-open this case.

(3) Plaintiffs are directed to file their amended complaint on or before June 28, 2011.

(4) Defendant's Verified Motion for Attorneys' Fees and Costs (Doc. # 31) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 31st day of May, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2

Copies:

All Counsel of Record